**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6601**

─────────────

JOHN E. WILLIAMS,

Plaintiff - Appellant,

versus

WILLIAM D. CATOE; RALPH S. BEARDSLEY,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (CA-97-451-0-17BD)

─────────────

Submitted:  June 18, 1998          Decided:  July 9, 1998

─────────────

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John E. Williams, Appellant Pro Se.  Andrew Frederick Lindemann,
DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and the magistrate judge's order denying Appellant's motion for appointment of counsel and stay pending discovery. We have reviewed the record, the district court's opinion accepting the magistrate judge's recommendation, and the magistrate judge's order denying the motions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Catoe, No. CA-97-451-0-17BD (D.S.C. Mar. 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2